UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| INTERGROUP CORPORATION<br>*Plaintiff*, | §<br>§<br>§ | |
| vs. | § | Civil Action No. 4:26-cv-1257 |
| | § | |
| CONVEX INSURANCE UK LIMITED and<br>PALMS INSURANCE COMPANY, LTD<br>*Defendants*. | §<br>§<br>§ | |

**PLAINTIFF'S DISCLOSURE STATEMENT**

Pursuant to Local Rule 2.09, and Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4, the undersigned discloses the following information about Intergroup Corporation:

1. If the subject is a nongovernmental corporation that is a party, intervenor, or proposed intervenor in a civil or criminal case,
   **a.** Whether it is publicly traded, and if it is, on which exchange(s): **Yes. The InterGroup Corporation's common stock is publicly traded on the Nasdaq Capital Market under the symbol INTG.**
   b. Its parent companies or corporations (if none, state "none"): **None.**
   **c.** Subsidiaries that are not wholly owned by the subject (if none, state "none"): **Portsmouth Square, Inc. — approximately 75.9% owned by The InterGroup Corporation.**
   d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"): **None.**

**2.** If the subject is a party, intervenor, or proposed intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations: **The InterGroup Corporation is a citizen of Delaware, its state of incorporation, and California, its principal place of business.**

3. If the subject is an organizational victim in a criminal case,
   a. The victim's identity:
   b. If the victim is a corporation,
      1. Whether it is publicly traded, and if it is, on which exchange(s):
      2. Its parent companies or corporations (if none, state "none"):
      3. Subsidiaries that are not wholly owned by the subject (if none, state "none"):
      4. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):

By signing this form, counsel acknowledges that “if any required information changes,” and/or “if any later event occurs that could affect the court’s jurisdiction under 28 U.S.C. § 1332(a),” counsel will file a Disclosure Statement promptly, which means no later than seven (7) days of the change or event. E.D.Mo. L.R. 2.09(A)(2) and (B)(2); Fed. R. Civ. P. 7.1(a)(2)(B) and (b)(2); Fed. R. Crim. P. 12.4(b)(2).

Respectfully submitted,

**RAIZNER SLANIA LLP**

*/s/ Todd R. Wells* ________
Todd R. Wells
MO Bar ID: 69423
TX Bar ID: 24124620
2402 Dunlavy St., Suite 300
Houston, Texas 77006
Phone: 713-554-9085
Fax: 713.571.1148
twells@raiznerlaw.com

**ATTORNEY FOR PLAINTIFF**

## Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery, or by electronic notice) on all parties on: August 10, 2026.

*/s/ Todd R. Wells* ________
Todd R. Wells