UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| INTERGROUP CORPORATION,<br><br>Plaintiff(s),<br><br>v.<br><br>CONVEX INSURANCE UK LIMITED, et al.,<br><br>Defendant(s). | ) | No. 4:26-CV-01257-PLC |

**ORDER**

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Patricia L. Cohen to District Judge Henry Edward Autrey.

August 11, 2026
Date

*Nathan M. Graves* /
Clerk of Court

By: /s/ John Bernsen /
JOHN BERNSEN
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 4:26-CV-01257- HEA**