IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| **INTERGROUP CORPORATION,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 4:26-cv-1257-HEA** |
| **CONVEX INSURANCE UK LIMITED and PALMS INSURANCE COMPANY, LTD,** | § | |
| | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**DEFENDANT CONVEX INSURANCE UK LIMITED'S DISCLOSURE STATEMENT**

Pursuant to Local Rule 2.09, and Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4, the undersigned discloses the following information about Defendant Convex Insurance UK Limited as follows:

1. If the subject is a nongovernmental corporation that is a party, intervenor, or proposed intervenor in a civil or criminal case,

a. Whether it is publicly traded, and if it is, on which exchange(s):

**CONVEX INSURANCE UK LIMITED is not publicly traded.**

b. Its parent companies or corporations (if none, state "none"):

**CONVEX INSURANCE UK LIMITED: parent company is Convex Group Ltd.**

c. Subsidiaries that are not wholly owned by the subject (if none, state "none"):

**CONVEX INSURANCE UK LIMITED: none**

d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):

**CONVEX INSURANCE UK LIMITED: parent company is Convex Group Ltd. Convex Group Ltd. is owned by: 1) Onex Corporation: A publicly traded Canadian private equity firm that holds a 63% stake; and 2) American International Group (NYSE: AIG): A publicly traded U.S. entity that holds a 35% stake.**

2. If the subject is a party, intervenor, or proposed intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:

**CONVEX INSURANCE UK LIMITED: parent company and only limited partner is Convex Group Ltd, which is a UK based company, therefore it is a citizen of the United Kingdom. Convex Group Ltd.'s ownership and limited partners consist of: 1) Onex Corporation, which is a publicly traded Canadian company; 2) American International Group (NYSE: AIG), which is a publicly traded U.S. company; and 3) its founders (Stephen Catlin and Paul Brand), who are both individuals located in the United Kingdom. For diversity purposes, this Defendant is a citizen of the United Kingdom with it principal place of business in the United Kingdom.**

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of all persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal

place of business must be disclosed.

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, which means no later than seven (7) days of the change or event. E.D. Mo. L.R. 2.09(A)(2) and (B)(2); Fed. R. Civ. P. 7.1(a)(2)(B) and (b)(2); Fed. R. Crim. P. 12.4(b)(2).

Respectfully submitted,


**BAKER STERCHI COWDEN & RICE, LLC**

/s/ *Wm. Clayton Crawford*
Wm. Clayton Crawford #41619MO
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108
Telephone: (816) 471-2121
Facsimile: (816) 472-0288
Email: ccrawford@bakersterchi.com

And

Lisa M. Verity #75796MO
100 S. 4th Street, Suite 900
St. Louis, MO 63102
Telephone: (314) 345-5000
Facsimile: (314) 345-5055
Email: lisa.verity@bakersterchi.com

**ZELLE LLP**

Todd M. Tippett *(Pro Hac Vice Pending)*
Texas Bar No. 24046977
ttippett@zellelaw.com

901 Main Street, Suite 4000
Dallas, TX 75202

Telephone: 214-742-3000
Facsimile: 214-760-8994

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been served on all counsel of record via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure on September 11, 2026:

Todd R. Wells
MO Bar ID: 69423
TX Bar ID: 24124620
twells@raiznerlaw.com

RAIZNER SLANIA LLP
2402 Dunlavy St., Suite 300
Houston, TX 77006

**ATTORNEY FOR PLAINTIFF**

*Wm. Clayton Crawford*
Wm. Clayton Crawford

4921-8576-9936, v. 1