**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **INTERGROUP CORPORATION,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-cv-1257-HEA** |
| | § | |
| **CONVEX INSURANCE UK LIMITED and PALMS INSURANCE COMPANY, LTD.,** | § § § | |
| | § | |
| **Defendants.** | § | |

**NOTICE OF ATTENDANCE AT HEARING**

Defendants Convex Insurance UK Limited ("Convex") and Palms Insurance Company Ltd. ("Palms")(collectively "Defendants") advise the Court that the following counsel will appear at the hearing in this matter scheduled for Friday, October 2, 2026 beginning at 10:00 a.m. on behalf of Defendants:


Lisa M. Verity
lisa.verity@bakersterchi.com
**BAKER STERCHI COWDEN & RICE LLC**
100 S 4th Street, Suite 900
St. Louis, MO 63101
Telephone: 314-345-5046

Todd M. Tippett *(pro hac vice pending)*
Texas Bar No. 24046977
ttippett@zellelaw.com
**Zelle, LLP**
901 Main Street, Suite 4000
Dallas, TX 75202
Telephone: 214-749-4261

Respectfully submitted,

**BAKER STERCHI COWDEN & RICE LLC**

By: *<u>/s/ Lisa M. Verity</u>*
Lisa M. Verity
MO Bar No. #75796MO
100 S 4th Street, Suite 900
St. Louis, MO 63101
Telephone: 314-345-5046
lisa.verity@bakersterchi.com

-and-

**ZELLE LLP**

By: *<u>/s/ Todd M. Tippett (by consent) (pro hac vice pending)</u>*
Todd M. Tippett
Texas Bar No. 24046977
ttippett@zellelaw.com
901 Main Street, Suite 4000
Dallas, TX 75202
Telephone: 214-742-3000
Facsimile: 214-760-8994

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been served on all counsel of record via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure on September 25, 2026:

Todd R. Wells
MO Bar ID: 69423
TX Bar ID: 24124620
twells@raiznerlaw.com
RAIZNER SLANIA LLP
2402 Dunlavy St., Suite 300
Houston, TX 77006

**ATTORNEY FOR PLAINTIFFS**

*/s/ Lisa M. Verity*______________________