IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| **INTERGROUP CORPORATION,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 4:26-cv-1257-PLC** |
| **CONVEX INSURANCE UK LIMITED** | § | |
| **and PALMS INSURANCE COMPANY,** | § | |
| **LTD,** | § | |
| | § | |
| **Defendants.** | § | |

**ENTRY OF APPEARANCE**

COMES NOW, Lisa M. Verity of Baker Sterchi Cowden & Rice, LLC and hereby enters her appearance as counsel of record for Defendants Convex Insurance UK Limited and Palms Insurance Company LTD.

Respectfully submitted,

**BAKER STERCHI COWDEN & RICE, LLC**

*/s/ Lisa M. Verity*
Lisa M. Verity MO#75796
100 S. 4th Street, Suite 900
St. Louis, MO 63102
(314) 345-5000 Main
(314) 345-5055 Facsimile
lisa.verity@bakersterchi.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing has been served on all counsel of record via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure on September 25, 2026:

Todd R. Wells
MO Bar ID: 69423
TX Bar ID: 24124620
twells@raiznerlaw.com

RAIZNER SLANIA LLP
2402 Dunlavy St., Suite 300
Houston, TX 77006

**ATTORNEY FOR PLAINTIFFS**

*/s/ Lisa M. Verity*
Lisa M. Verity