**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **INTERGROUP CORPORATION,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 4:26-cv-1257-HEA** |
| **CONVEX INSURANCE UK LIMITED and PALMS INSURANCE COMPANY, LTD,** | § | |
| | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

**JOINT PROPOSED SCHEDULING PLAN**

Pursuant to the Court's August 28, 2026, Order requiring a Joint Proposed Scheduling Plan, Plaintiff Intergroup Corporation and Defendants Convex Insurance UK Limited and Palms Insurance Company, Ltd, submit the following proposed scheduling plan:

1. The assignment of Track 2 is appropriate.

2. All motions for joinder of parties or amendments of pleadings shall be filed no later than December 4, 2026.

3. The parties agree to follow the procedures stated in Federal Rule of Civil Procedure 26(b)(5)(B) and Federal Rule of Evidence 502 with respect to the production of information in discovery that is subject to a claim of privilege.

4. On September 24, 2026, Plaintiff demanded appraisal in accordance with the terms of the insurance policies. At this time, Defendants are evaluating Plaintiff's demand. If the parties jointly agree to proceed with appraisal, the parties will ask this Court to abate the matter temporarily while they undergo an appraisal process. If Defendants do not agree to engage in the appraisal process, Plaintiff intends to

file a motion to compel appraisal. The parties agree to proceed in accordance with the dates proposed below until such time as the Court may abate the case.

5. All initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(C) are to be completed by October 30, 2026.

6. The parties agree that there is no need to conduct discovery in phases.

7. Expert witness disclosures:

   a. Plaintiff shall disclose expert witnesses and shall provide reports required by Federal Rule of Civil Procedure 26(a)(2) no later than November 15, 2026, and shall make expert witnesses available for deposition and have depositions completed no later than December 31, 2026.

   b. Defendants shall disclose expert witnesses and shall provide reports required by Federal Rule of Civil Procedure 26(a)(2) no later than February 1, 2027, and shall make expert witnesses available for deposition and have depositions completed no later than March 5, 2027.

   c. Plaintiff shall disclose rebuttal expert witnesses and shall provide reports required by Federal Rule of Civil Procedure 26(a)(2) no later than April 5, 2027, and shall make expert witnesses available for deposition and have depositions completed no later than May 7, 2027.

8. The presumptive limit of ten (10) depositions per party and twenty-five (25) interrogatories per party shall apply. Leave of Court may be sought for additional depositions or interrogatories based on a showing of need.

9. Requests for physical or mental examination of parties are not anticipated.

10. All written discovery shall be completed by March 26, 2027.

11. The parties believe that a referral to mediation would potentially be productive. This referral shall terminate on November 19, 2026.

12. All discovery motions based on Federal Rule of Evidence 702 or *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) shall be filed by May 14, 2027.

13. All dispositive motions shall be filed no later than May 3, 2027. Responses and replies shall be filed pursuant to the deadlines in the Local Rules for the Eastern District of Missouri.

14. The earliest date that this case should reasonably be expected to be ready for trial is October 18, 2027.

15. The estimated length of time to try the case to verdict is approximately four days.

Respectfully submitted,

**BAKER STERCHI COWDEN & RICE, LLC**

/s/ *Lisa M. Verity*
Lisa M. Verity #75796MO
100 S. 4th Street, Suite 900
St. Louis, MO 63102
Telephone: (314) 345-5000
Facsimile: (314) 345-5055
Email: lisa.verity@bakersterchi.com

and

Wm. Clayton Crawford #41619MO
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108
Telephone: (816) 471-2121
Facsimile: (816) 472-0288
Email: ccrawford@bakersterchi.com

**ZELLE LLP**

Todd M. Tippett *(Pro Hac Vice Pending)*
Texas Bar No. 24046977
ttippett@zellelaw.com

901 Main Street, Suite 4000
Dallas, TX 75202
Telephone: 214-742-3000
Facsimile: 214-760-8994

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been served on all counsel of record via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure on September 25, 2026:

Todd R. Wells
MO Bar ID: 69423
TX Bar ID: 24124620
twells@raiznerlaw.com
RAIZNER SLANIA LLP
2402 Dunlavy St., Suite 300
Houston, TX 77006

**ATTORNEY FOR PLAINTIFF**

*/s/ Lisa M. Verity*
Lisa M. Verity