UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| INTERGROUP CORPORATION | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | Civil Action No. 4:26-cv-1257 |
| | § | |
| CONVEX INSURANCE UK LIMITED and | § | |
| PALMS INSURANCE COMPANY, LTD | § | |
| *Defendants.* | § | |

**PLAINTIFF'S NOTICE OF ATTENDANCE AT SCHEDULING CONFERENCE**

Pursuant to Court's Order setting Rule 16 conference, Plaintiff hereby gives notice that Todd Wells will attend the October 2, 2026 scheduling conference on its behalf. Mr. Wells can be reached at 713-554-9078.

Respectfully submitted,

**RAIZNER SLANIA, LLP**

*/s/ Todd R. Wells* _______
Todd R. Wells
MO Bar ID: 69423
TX Bar ID: 24124620
2402 Dunlavy St., Suite 300
Houston, Texas 77006
Phone: 713-554-9078
Fax: 713.571.1148
twells@raiznerlaw.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This certifies that, on September 25, 2026, a true copy of the foregoing was served on the following counsel of record pursuant to the Federal Rules of Civil Procedure:

Wm. Clayton Crawford
BAKER STERCHI COWDEN & RICE, LLC
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108

Lisa M. Verity
BAKER STERCHI COWDEN & RICE, LLC
100 S. 4th Street, Suite 900
St. Louis, MO 63102

Todd M. Tippett (Pro Hac Vice Pending)
Zelle, LLP
901 Main Street, Suite 4000
Dallas, TX 75202
**ATTORNEYS FOR DEFENDANT**

*/s/ Todd R. Wells* ________
Todd R. Wells