UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| INTERGROUP CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:26CV1257HEA |
| | ) |
| CONVEX INSURANCE UK | ) |
| LIMITED and PALMS INSURANCE | ) |
| COMPANY, LTD., | ) |
| | ) |
| Defendant. | ) |

ORDER

**IT IS HEREBY ORDERED** that the scheduling conference pursuant to Fed.R.Civ.P. 16 previously set for October 2, 2026, is **VACATED**. The case management order will be entered based on the dates submitted by the parties in their Joint Proposed Scheduling Plan.

Dated this 25th day of September, 2026.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE