# EXHIBIT

# A

May 21, 2025 Reference No. 1210125-0001066.00

Mr. Andrew Brown, Executive General Adjuster
Engle Martin - Specialty Loss Group
5565 Glenridge Connector, Suite 900
Atlanta, Georgia 30342

**Re: Exterior Elevation Finishes and Roof Covering Assessment**
**The InterGroup Corporation Property (Cross Keys Apartments)**
**3209 Cross Keys Drive**
**Florissant, Missouri 63033**
**Claim Numbers: CVXNAMGU240019 (Convex US – TPA Hausch & Co.)**
**4249749 (Insurisk)**

Dear Mr. Brown:

At your request, **NV5 Consultants, Inc. (NV5)** conducted a visual, non-destructive assessment of the 34 buildings at the above-referenced address. The site visit for this assessment was performed on April 10-11, 2025, by NV5 staff (Mr. Patrick S. Phillips, PE and Mr. Masoud Pourbaba, PhD) in the presence of Engle Martin's third-party building consultants, Mr. Trevor Cruce and Mr. Nomikos Duvlaris of JS Held. The purpose of this assessment was to determine the cause and extent of the reported damage to the roof coverings and exterior elevations with consideration of a storm that reportedly occurred on/around March 15, 2025 ("the reported storm") and to provide a conceptual repair protocol for hail/wind-related damage. This letter is the summary of NV5's findings and conclusions.

## 1. Assessment Summary

Based on the information acquired and NV5's assessment of the subject property, as presented within the remainder of this document, NV5's comments and conclusions, within a reasonable professional certainty, are summarized below.

### 1.1 Exterior finishes and roof covering assessment

- A summary of damage to the roof coverings and exterior elevations of each building on the subject property, and a conceptual repair protocol, is provided in the following table. A list of abbreviations used in the table is provided below:
  - E = exterior elevation finishes
  - R = roof
  - SF = square feet
  - LF = linear feet

Table 1.1 – Assessment Summary

| Building | Damage from reported storm | | Conceptual repair protocol (damage from reported storm) |
|---|---|---|---|
| | Wind | Hail | |
| 1 (#3205) | **E:** *none*<br>**R:** 7 tabs (east slope); 55 tabs (west slope) | **E:** *none*<br>**R:** *none* | **E:** *n/a*<br>**R:** Selectively remove/replace wind-damaged shingles on east slope; Replace roof covering on west slope and ridge cap shingles. |
| 2 (#4005) | **E:** 4 soffit panels<br>**R:** 4 tabs (east slope); 210 tabs (west slope); 1 ridge shingle | **E:** *none*<br>**R:** *none* | **E:** Replace the affected soffit panels.<br>**R:** Selectively remove/replace wind-damaged shingles on east slope; Replace roof covering on west slope. |
| 3 (#3209/3213) | **E:** *none*<br>**R:** 58 tabs (north slope); 55 tabs (south slope); 10 tabs (west slopes); 8 tabs (east slopes) | **E:** *none*<br>**R:** *none* | **E:** *n/a*<br>**R:** Replace entire roof covering. |
| 4 (#4010) | **E:** 1 window screen, 20 LF gutter, 3 LF downspout, 5 LF fascia trim<br>**R:** 4 tabs (east slope); 108 tabs (west slope); 3 ridge shingles | **E:** *none*<br>**R:** *none* | **E:** Remove and replace the affected exterior components.<br>**R:** Replace roof covering on west slope; selectively remove/replace wind-damaged shingles on east slope. |
| 5 (#3219) | **E:** *none*<br>**R:** 19 tabs (north slope); 98 tabs (south slope) | **E:** *none*<br>**R:** *none* | **E:** *n/a*<br>**R:** Selectively remove/replace wind-damaged shingles on north roof slope; Replace roof covering on south slope |
| 6 (#3227/3235) | **E:** 3 soffit panels<br>**R:** 45 tabs (north slope); 103 tabs (south slope; 13 tabs (west slopes); 18 tabs (east slopes) | **E:** *none*<br>**R:** *none* | **E:** Replace the displaced soffit panels.<br>**R:** Replace entire roof covering. |

Table 1.1 – Assessment Summary *(cont'd)*

| Building | Damage from reported storm | | Conceptual repair protocol (damage from reported storm) |
|---|---|---|---|
| | Wind | Hail | |
| 7 (#3237/3239) | **E:** *none*<br>**R:** 26 tabs (west slope); 14 tabs (south slope); 1 ridge shingle; 2 vent covers | **E:** *none*<br>**R:** *none* | **E:** *n/a*<br>**R:** Reinstall the displaced vent covers. |
| 8 (#3251) | **E:** *none*<br>**R:** 13 tabs (north slope); 119 tabs (south slope) | **E:** *none*<br>**R:** *none* | **E:** *n/a*<br>**R:** Replace roof covering on south slope; selectively remove/replace wind-damaged shingles on north slope. |
| 9 (#3253) | **E:** 4 soffit panels<br>**R:** 4 tabs (east slope); 54 tabs (west slope) | **E:** *none*<br>**R:** *none* | **E:** Replace the displaced soffit panels.<br>**R:** Selectively remove/replace wind-damaged shingles on east slope; replace roof covering on west slope. |
| 10 (#3259/3263) | **E:** 6 LF drip edge<br>**R:** 11 tabs (north slope); 146 tabs (south slope); 23 tabs (west slopes) | **E:** *none*<br>**R:** *none* | **E:** Replace the affected drip edge.<br>**R:** Selectively remove/replace wind-damaged shingles on north and west slopes; replace roof covering on south slope. |
| 11 (#3265/3267) | **E:** *none*<br>**R:** 4 tabs (east slope); 30 tabs (west slope); 19 tabs (south slopes) | **E:** *none*<br>**R:** *none* | **E:** *n/a*<br>**R:** Selectively remove/replace wind-damaged shingles on west, east, and south slopes. |
| 12 (#3275) | **E:** 6 LF fascia trim<br>**R:** 1 tab (north slope); 102 tabs (south slope) | **E:** *none*<br>**R:** *none* | **E:** Replaced the displaced fascia trim.<br>**R:** Selectively remove/replace wind-damaged shingle on north slope; replace roof covering on south slope. |
| 13 (#3311) | **E:** *none*<br>**R:** 25 tabs (north slope); 45 tabs (south slope) | **E:** *none*<br>**R:** *none* | **E:** *n/a*<br>**R:** Replace entire shingle roof covering. |

Table 1.1 – Assessment Summary *(cont'd)*

| Building | Damage from reported storm | | Conceptual repair protocol (damage from reported storm) |
|---|---|---|---|
| | Wind | Hail | |
| 14 (#3317) | **E:** *none*<br>**R:** 70 tabs (south slope) | **E:** *none*<br>**R:** *none* | **E:** *n/a*<br>**R:** Replace shingle roof covering on south slope. |
| 15 (#3325/3329) | **E:** 18 LF fascia trim, 31 soffit panels<br>**R:** 1 tab (north slopes); 22 tabs (south slopes); 11 tabs (east slope); 117 (west slope); 1 ridge shingle | **E:** *none*<br>**R:** *none* | **E:** Replace the displaced fascia trim and soffit panels.<br>**R:** Selectively remove/replace wind-damaged shingles on north, south, and east slopes; replace roof covering on west slope. |
| 16 (#3301/3305) | **E:** 4 LF drip edge, 6 LF fascia, 1 shutter<br>**R:** 22 tabs (north slopes); 33 tabs (south slopes); 2 tabs (east slope); 173 tabs (west slope); 1 ridge shingle | **E:** *none*<br>**R:** *none* | **E:** Replace the displaced drip edge, fascia trim, and shutter.<br>**R:** Selectively remove/replace wind-damaged shingles on east slope; replace roof covering on west, north, and south slopes *(due in part to the prior repair attempts on portions of the south and west slopes).* |
| 17 (#3300/3304) | **E:** 17 soffit panels<br>**R:** 5 tabs (north slope); 85 tabs (south slope); 56 tabs (west slope) | **E:** *none*<br>**R:** *none* | **E:** Replace the displaced soffit panels.<br>**R:** Selectively remove/replace wind-damaged shingles on north slope; replace roof covering on west and south slopes. |
| 18 (#3320/3324) | **E:** 14 LF gutter, 10 soffit panels<br>**R:** 265 tabs (west slope); 9 tabs (east slope) | **E:** *none*<br>**R:** *none* | **E:** Replace the displaced gutter and soffit panels.<br>**R:** Selectively remove/replace wind-damaged shingles on east slope; replace roof covering on west slope. |

Table 1.1 – Assessment Summary *(cont'd)*

| Building | Damage from reported storm | | Conceptual repair protocol (damage from reported storm) |
|---|---|---|---|
| | Wind | Hail | |
| 19 (#3308/3310) | **E:** 4 soffit panels<br>**R:** 14 tabs (north slopes); 175 tabs (west slope); 5 tabs (east slope); 71 tabs (south slopes) | **E:** *none*<br>**R:** *none* | **E:** Replace the displaced soffit panels.<br>**R:** Selectively remove/replace wind-damaged shingles on east slope; replace roof covering on west, north, and south slopes. |
| 20 (#3314/3318) | **E:** 1 displaced column, 1 shutter, 10 LF drip edge, 2 soffit panels<br>**R:** 6 tabs (north slope); 90 tabs (south slope); 37 tabs (west slopes); 2 tabs (east slopes); 1 ridge shingle | **E:** *none*<br>**R:** *none* | **E:** Reinstall displaced column. Replace the displaced shutter, drip edge, and soffit panels.<br>**R:** Selectively remove/replace wind-damaged shingles on north slope; replace roof covering on west, east, and south slopes. |
| 21 (#3296/3298) | **E:** 2 soffit panels<br>**R:** 2 tabs (north slopes); 113 tabs (west slope); 1 tab (east slope); 21 tabs (south slopes); 2 ridge shingles | **E:** *none*<br>**R:** *none* | **E:** Replace the displaced soffit panels.<br>**R:** Selectively remove/replace wind-damaged shingles on east and north slopes; Wind-damaged shingle tabs on the south slopes of the secondary gables (along the east elevation) can also be removed/replaced individually (approximately 3 tabs total); Replace roof covering on remaining south slope and the west slope. |
| 22 (#3274/3278) | **E:** 8 LF drip edge, 15 soffit panels<br>**R:** 6 tabs (north slope); 161 tabs (south slope); 9 tabs (west slope); 1 vent cover | **E:** *none*<br>**R:** *none* | **E:** Replace the displaced drip edge and soffit panels.<br>**R:** Selectively remove/replace wind-damaged shingles on north slope; replace roof covering on the main west and main south slopes; replace the displaced vent cover. |

Table 1.1 – Assessment Summary *(cont'd)*

| Building | Damage from reported storm | | Conceptual repair protocol (damage from reported storm) |
|---|---|---|---|
| | Wind | Hail | |
| 23 (#3282/3286) | **E:** 2 soffit panels<br>**R:** 5 tabs (east slope); 179 tabs (west slope); 1 vent cover | **E:** *none*<br>**R:** *none* | **E:** Replace the displaced soffit panels.<br>**R:** Selectively remove/replace wind-damaged shingles on east slope; replace roof covering on west slope; replace the displaced vent cover. |
| 24 (#3290/3294) | **E:** 5 soffit panels<br>**R:** 4 tabs (north slope); 66 tabs (south slope); 9 tabs (west slopes); 7 tabs (east slopes); 2 vent covers | **E:** *none*<br>**R:** *none* | **E:** Replace the displaced soffit panels.<br>**R:** Selectively remove/replace wind-damaged shingles on north slope; replace roof covering on west, east, and south slopes; replace the missing vent covers. |
| 25 (#3266) | **E:** 9 LF drip edge, 6 LF fascia trim<br>**R:** 55 tabs (north slope); 51 tabs (south slope) | **E:** *none*<br>**R:** *none* | **E:** Replaced the displaced drip edge and fascia trim.<br>**R:** Replace entire roof covering. |
| 26 (#3258) | **E:** 6 LF fascia trim<br>**R:** 1 tab (north slope); 29 tabs (south slope) | **E:** *none*<br>**R:** *none* | **E:** Replaced the displaced fascia trim.<br>**R:** Selectively remove/replace wind-damaged shingles on north and south slopes. |
| 27 (#3250) | **E:** 8 LF fascia trim, 7 soffit panels<br>**R:** 8 tabs (north slope); 72 tabs (south slope); 5 ridge shingles | **E:** *none*<br>**R:** *none* | **E:** Replace the displaced fascia trim and soffit panels.<br>**R:** Selectively remove/replace wind-damaged shingles on north slope; replace roof covering on south slope; replace all ridge cap shingles. |

Table 1.1 – Assessment Summary *(cont'd)*

| Building | Damage from reported storm | | Conceptual repair protocol (damage from reported storm) |
|---|---|---|---|
| | Wind | Hail | |
| 28 (#3242/3246) | **E:** 12 LF fascia trim, 3 soffit panels<br>**R:** 69 tabs (west slope); 3 tabs (east slope); 15 tabs (south slope) | **E:** *none*<br>**R:** *none* | **E:** Replace the displaced fascia trim and soffit panels.<br>**R:** Selectively remove/replace the wind-damaged shingles on the east slope; replace roof covering on west and south slopes. |
| 29 (#3218) | **E:** *none*<br>**R:** 1 tab (north slope); 113 tabs (south slope) | **E:** *none*<br>**R:** *none* | **E:** *n/a*<br>**R:** Selectively remove/replace the wind-damaged shingle on the north slope; replace roof covering on south slope. |
| 30 (#3226/3230) | **E:** 8 LF drip edge<br>**R:** 2 tabs (west slopes); 192 tabs (south slope) | **E:** *none*<br>**R:** *none* | **E:** Replace the displaced drip edge.<br>**R:** Selectively remove/replace the wind-damaged shingles on west slopes; replace roof covering on south slope. |
| 31 (#3238) | **E:** 9 soffit panels<br>**R:** 4 tabs (north slope); 42 tabs (south slope) | **E:** *none*<br>**R:** *none* | **E:** Replace the displaced soffit panels.<br>**R:** Selectively remove/replace the wind-damaged shingles on north slope; replace roof covering on south slope. |
| 32 (#3210/3214) | **E:** 18 LF gutter, 6 LF fascia trim, 2 soffit panels<br>**R:** 2 tabs (east slope); 5 tabs (south slope); 89 tabs (west slope) | **E:** *none*<br>**R:** *none* | **E:** Replace the displaced gutter, fascia trim, and soffit panels.<br>**R:** Selectively remove/replace the wind-damaged shingles on the east and south slopes; replace roof covering on west slope. |

Table 1.1 – Assessment Summary *(cont'd)*

| Building | Damage from reported storm | | Conceptual repair protocol (damage from reported storm) |
|---|---|---|---|
| | Wind | Hail | |
| 33 (#3202/3206) | **E:** 16 soffit panels, 30 LF fascia trim<br>**R:** 6 tabs (north slope); 348 tabs (south slope); 24 tabs (west slopes); 3 tabs (east slopes); 2 ridge shingles | **E:** *none*<br>**R:** *none* | **E:** Replace the displaced soffit panels and fascia trim.<br>**R:** Selectively remove/replace the wind-damaged shingles on the north, west, and east slopes; replace roof covering on south slope. |
| Clubhouse | **E:** *none*<br>**R:** 2 tabs (east slope); 10 tabs (west slope) | **E:** *none*<br>**R:** *none* | **E:** *n/a*<br>**R:** Selectively remove/replace the wind-damaged shingles on east and west slopes. |

The conceptual repair protocol in **Table 1.1** is provided for construction cost estimation purposes/general repair concepts and is not intended to be used as a construction document nor as a dictation of construction means and methods. NV5 recognizes that the local building official has the ultimate authority regarding the required extent of repairs or upgrades to any structure. All repairs should be performed by a licensed contractor and in conformance with local codes and ordinances, with applicable permits.

Roof diagrams of each assessed building, with callouts overlayed onto NV5 aerial photographs, are included in **Attachment B.** Selected photographs taken during NV5's site visit are included in **Attachment C.** NV5's conclusions in **Table 1.1** were based on the following:

- NV5's weather research and collateral indicators on the property supported the occurrence of winds capable of damaging a three-tab asphalt shingle roof covering on or around the reported storm date. The wind-damaged shingle tabs identified by NV5 typically exhibited horizontal creases or tears, which were characteristics that are consistent with wind damage. In some instances, winds from the reported storm displaced entire shingle sheets from the roof surface. These displaced shingle sheets were rendered more vulnerable to displacement by wind due to installation-related deficiencies (such as improperly positioned or installed fasteners, prior repair activity, etc.). Wind damage along ridges and hips was identified as creased, torn, or missing cap shingles. See **Photographs 1 through 4** for exemplar photographs of wind-damaged shingles.
- Collateral indicators of wind damage described above included displaced gutter, drip edges, fascia trim, and soffit panels. These displaced exterior elevation finishes were located near roof overhangs, which would be more susceptible to higher wind pressures than other exterior surfaces. See **Photographs 5 through 7** for exemplar photographs of wind-damaged exterior elevation finishes.

- A column along the south elevation of Building 20 was displaced by wind from the reported storm. A nearby decorative shutter was displaced by contact from the referenced column **(Photographs 8 and 9)**. The presence of discolored wood with section-loss deterioration, as well as the lack of anchorage in the concrete slab at the former location of this column, rendered the column more susceptible to displacement during the reported storm. The discoloration and section-loss were regarded as maintenance-related deficiencies, whereas the lack of anchorage between the column and the concrete slab was an as-built condition.
- The metal exterior elevation finishes (such as column trim, decorative shutters, fascia trim, downspouts, gutters, etc.) did not exhibit randomly distributed circular/elliptical indentations or spatter marks **(Photographs 10 and 11)**. <u>NV5 concluded that these metal exterior finishes had not been damaged by hail from the reported storm.</u> Indentations present in some of these components were not caused by hail from the reported storm and are discussed further in **Section 1.2.**
- Some of the gable end walls were clad with horizontal vinyl siding panels. No randomly distributed fractures or punctures were in the horizontal vinyl siding panels. NV5 concluded that the horizontal vinyl siding panels had not been damaged by hail from the reported storm.
- No randomly distributed indentations or punctures were in the shingle roof coverings. <u>NV5 concluded that the shingle roof coverings had not been damaged by hail from the reported storm.</u> Circular/elliptical indentations in metal rooftop vent covers and cap flashings were caused by a combination of historic hail activity and other mechanical means (see **Section 1.2**). NV5's review of historic weather data from NOAA revealed that no hail events were reported within 10 miles of the subject property on or around the reported storm date. No spatter marks were present at the subject property.

### 1.2 Conditions caused by sources unrelated to the reported storm

- <u>Torn window screens:</u> Tears were present in window screens on several of the assessed buildings **(Photograph 12)**. Some of these torn window screens were located near vegetation. Based on the overall variations in shapes and sizes of the window screen tears, NV5 concluded that these tears were caused by activities unrelated to the reported storm (such as material handling, nearby stored items, animal activity, etc.).
- <u>Indented window screen frame:</u> Some of the window screen frames were indented **(Photograph 13)**. Based on the overall sizes of the indented frame sections, location of some of these screen frames underneath roof overhangs, and the lack of scuffs/abrasions on nearby building surfaces, NV5 concluded that the indented window screen frames were caused by activities unrelated to the reported storm (such as material handling, tools, etc.).
- <u>Indented window shutter:</u> Several decorative metal shutters were indented **(Photograph 14)**. Some of these indentations were visible in Google Street View imagery dated April 2022. Based on the overall width of these indentations, as well as the lack of randomly distributed circular/elliptical indentations or spatter marks elsewhere on the metal shutters, NV5 concluded

that these indentations were caused by activities unrelated to the reported storm (such as material handling, tools, etc.).

- Fractured/punctured window well shrouds: Several window well shrouds for basement windows were fractured and/or punctured. Some of these fractured/punctured shrouds were visible in Google Street View imagery dated April 2022. Given the proximity of these shrouds to the ground surface, and the lack of spatter marks on the shroud surfaces, NV5 concluded that these fractures/punctures were caused by activities unrelated to the reported storm (such as material handling, tools, landscaping, etc.).
- Displaced windowpanes (Buildings 7 and 33): A basement windowpane on the north elevation of Building 7 was displaced inward from the frame. This windowpane was not fractured, punctured or shattered. A second displaced (missing) basement windowpane was on the south elevation of Building 33. Based on the relatively isolated occurrences of this condition, proximity of the windows to the ground surface, and the lack of scuffs/abrasions on nearby building surfaces, NV5 concluded that these windowpanes were displaced by activities unrelated to the reported storm (such as material handling, tools, landscaping, etc.).
- Fractured windowpane (Building 15): A basement windowpane on the south elevation of Building 15 was fractured **(Photograph 15)**. This fracture was approximately 4-inches wide. Based on the relatively isolated occurrence of this condition, proximity of the window to the ground surface, and the lack of scuffs/abrasions on nearby building surfaces, NV5 concluded that this windowpane was displaced by activities unrelated to the reported storm (such as material handling, tools, landscaping, etc.).
- Chipped windowpane (Building 17): A downstairs windowpane on the north elevation of Building 17 had an approximate 3/4-inch-wide chip **(Photograph 16)**. This windowpane was located near a landscaped area. Given the relatively isolated occurrences of these conditions, and the lack of scuffs/abrasions on nearby building surfaces, NV5 concluded that this windowpane was chipped due to activities unrelated to the reported storm (such as material handling, tools, lawn maintenance activities, etc.).
- Fractured/punctured windowpanes (Building 17): An upstairs windowpane and two (2) downstairs windowpanes on the south elevation of Building 17 had several fractures/punctures up to approximately 6-inches wide **(Photograph 17)**. Given the relatively isolated occurrences of these conditions, and the lack of scuffs/abrasions on nearby building surfaces, NV5 concluded that these windowpanes were fractured/punctured due to activities unrelated to the reported storm (such as material handling, tools, firearms, etc.).
- Fogged windowpane (Building 18): A downstairs windowpane on the west elevation of Building 18 was fogged between the inner and outer panes. Other windowpanes were not similarly fogged. NV5 concluded that this condition was caused by material deficiencies associated with the windowpane and/or age-related deterioration of the window.
- Indented fascia trim (Building 1): Portions of the south elevation fascia trim on Building 1 had circular/elliptical indentations of an estimated 1-inch width **(Photograph 18)**. These indentations

had relatively sharp and defined centers. Fascia trim elsewhere on the apartment building exteriors did not exhibit randomly distributed circular/elliptical indentations or spatter marks. NV5 concluded that the indentations in the Building 1 fascia trim were caused by activities unrelated to the reported storm (such as material handling, tools, etc.).

- <u>Indented downspouts:</u> Indentations present in the downspouts on several of the buildings **(Photographs 19 and 20)**. These indentations occurred sporadically and were more prominent on lower portions of the downspouts. These indentations varied in size up to the full width of the downspout. Some of these indentations had linear shapes, which were not consistent with hail damage. No randomly distributed circular/elliptical indentations or spatter marks were along the downspouts. NV5 concluded that the indentations in the downspouts were caused by activities unrelated to the reported storm (such as material handling, tools, landscaping, etc.).
- <u>Indented/deformed gutters:</u> Some of the gutters on the building exteriors were displaced by wind from the reported storm (see **Table 1.1**). Other sections of gutters exhibited indentations and/or deformations. Circular/elliptical indentations were in south elevation gutters of Buildings 20 and 30; however, these indentations were not randomly distributed across the gutters and the indentations did not contain spatter marks. No randomly distributed circular/elliptical indentations were in the gutters on the other assessed buildings. Indentations with linear shapes were not consistent with hail damage. Deformed gutters that were still secured to the fascia were not regarded as wind damage from the reported storm; these deformed gutters did not have scuffs or abrasions. NV5 concluded that the indented/deformed gutters not included in **Table 1.1** were caused by activities unrelated to the reported storm (such as material handling, tools, ladders, etc.).
- <u>Indented/warped column trim:</u> Some of the apartment buildings had exterior columns that were wrapped with metal trim. No randomly distributed circular/elliptical indentations were present in the metal column trim; NV5 concluded that the column trim had not been damaged by hail from the reported storm. At several locations, the lower portions of the column trim were indented and/or warped **(Photograph 21)**. Observations behind already-displaced sections of column trim revealed the presence of deteriorated wood framing, which occurred due to multiple years of exposure to exterior moisture **(Photograph 22)**. NV5 concluded that the indented/warped condition of the metal column trim was caused by installation-related deficiencies, contact from objects unrelated to the reported storm (such as landscaping equipment, nearby stored items, etc.) and/or movement of the columns due to deterioration of the concealed wood framing. The deterioration to the wood framing behind the column trim was caused by long-term exposure to moisture (1 year or greater); this deterioration was not caused by the reported storm.
- <u>Peeled/wrinkled paint:</u> Peeled and wrinkled paint was present on exterior doors and portions of the spandrel glass of buildings with full-height window systems **(Photograph 23)**. Some of these spandrel openings were covered with wood sheets (as opposed to glass). At some of these locations, the peeled paint exposed the underlying wood sheets, which were visibly weathered. Based on the location/orientation of the wrinkles in the paint, weathered appearance of the

paint, and the lack of spatter marks, NV5 concluded that this condition was caused by installation-related deficiencies associated with the paint and/or age-related deterioration.

- Indented/flattened coil fins: Indented/flattened coil fins were present in window-mounted air conditioning units on the north elevation of Building 2 **(Photograph 24)** and on the east elevation of Building 13. Based on the distribution of the indented/flattened coil fins and the lack of spatter marks, NV5 concluded that this condition was caused by activities unrelated to the reported storm (such as material handling, tools, etc.).
- Fractured exhaust vent shroud: An exhaust vent shroud on the north elevation of Building 3 was fractured **(Photograph 25)**. A nearby exhaust vent shroud was not similarly fractured. An exhaust vent shroud on the west elevation of Building 7 was fractured. Based on the proximity of the fractured vent shrouds to the ground surface, and the lack of spatter marks, NV5 concluded that this condition was caused by activities unrelated to the reported storm (such as material handling, tools, etc.).
- Displaced gable end wall vent vanes: Displaced vanes of gable end wall vents were present on several buildings **(Photograph 26)**. Some of these displaced vanes were visible in Google Street View imagery dated April 2022. Gable end wall vents on Buildings 4 and 29 were covered with wire. Some of the gable end wall vents with displaced vanes were typically located underneath rake edge roof overhangs, which would have provided some amount of protection from hail. The displaced vanes only occurred in a few instances within each of the affected wall vents. NV5 concluded that these vanes were displaced due to installation/maintenance-related deficiencies.
- Spalled brick veneer: Approximately three (3) bricks on the west elevation of Building 31 were spalled **(Photograph 27)**. Given the lack of scuffs or abrasions on nearby surfaces, the lack of other similar spalled bricks on other west-facing exterior walls, and the adjacent location of this veneer surface to a nearby building (which would have provided some protection from windborne debris), NV5 concluded that these spalls occurred due to material deficiencies, volume changes from temperature/humidity cycles, and/or freeze/thaw.
- Cracked brick veneer / concrete walls: Cracks were in the brick veneer and/or exposed concrete foundation walls of several buildings **(Photograph 28)**. These cracks were generally located near changes in wall geometry (such as building corners or window openings). Applications of apparent repair materials were present along/within some of these cracks, as evidenced by the different colors of mortar. The cracks in the brick veneer did not propagate from central points, which indicated that these cracks did not form due to windborne debris impacts or hail. No scuffs or abrasions were on nearby brick veneer surfaces. NV5 concluded that the cracks in the brick veneer were caused by installation-related deficiencies, shrinkage of mortar during curing, differential soil movement, and/or volume changes from temperature/humidity cycles.
- Deteriorated wood: Several buildings had exposed wood materials that exhibited section-loss deterioration **(Photographs 29 and 30)**. The presence of section-loss indicated that these wood components had been exposed to moisture for a period of one (1) year or longer. NV5 concluded that this deterioration was the result of deferred maintenance (such as historic roof leaks or weathered paint) and was not caused by the reported storm.

- Indented metal cap flashings: Metal cap flashings were present on roof surfaces above locations of apparent party/demising walls in the apartment buildings. Circular/elliptical indentations up to approximately 1-1/2-inches wide were present in the cap flashings **(Photographs 31 and 32).** These circular/elliptical indentations did not contain coinciding perforations or spatter marks. Some of the circular/elliptical indentations had areas of flaked/missing paint, which was not consistent with hail damage. Larger, linear-shaped indentations (up to the full widths of the cap flashings) were present. On some of the building roofs, portions of the cap flashings appeared newer, as evidenced by the lack of weathered paint or similar indentations. NV5's review of historic weather data revealed that no hail events were reported within 10 miles of the subject property on or around the reported storm date (March 15, 2025). NV5 concluded that these indentations were caused by a combination of historic hail events (prior to the passage of the reported storm) and activities unrelated to the reported storm (such as material handling, foot traffic, tools, etc.).
- Indented metal vent covers: Metal vent covers on the apartment roofs had circular/elliptical indentations up to approximately 1-inch wide **(Photographs 33 and 34).** These circular/elliptical indentations did not contain coinciding perforations or spatter marks. Larger, linear-shaped indentations (up to the full widths of the vent covers) were present. NV5's review of historic weather data revealed that no hail events were reported within 10 miles of the subject property on or around the reported storm date (March 15, 2025). NV5 concluded that these indentations were caused by a combination of historic hail events (prior to the passage of the reported storm) and activities unrelated to the reported storm (such as material handling, foot traffic, tools, etc.).
- Indented metal plumbing vent pipe flashing boots: Metal plumbing vent pipe flashing boots on the apartment roofs had circular/elliptical indentations up to approximately 1/2-inches wide **(Photograph 35).** These circular/elliptical indentations did not contain coinciding perforations or spatter marks. NV5's review of historic weather data revealed that no hail events were reported within 10 miles of the subject property on or around the reported storm date (March 15, 2025). NV5 concluded that these indentations were caused by a combination of historic hail events (prior to the passage of the reported storm) and activities unrelated to the reported storm (such as material handling, foot traffic, tools, etc.).
- Mechanically-damaged shingles: Wind-damaged shingles identified by NV5 are tabulated in **Table 1.1**. Other creased/torn/missing shingles present on the roof surfaces exhibited characteristics that were not consistent with wind damage, such as diagonal creases/tears in shingle tabs, propagation of the crease/tear across only part of the shingle, jagged edges, and/or adhesion to the underlying shingle courses **(Photographs 36 and 37).** NV5 concluded that these additional creased/torn/missing shingles were caused by activities unrelated to the reported storm (such as material handling, foot traffic, tools, animal activity, etc.).
- Split shingle tabs: Split shingle tabs were observed on multiple roof surfaces. These splits were generally oriented diagonally **(Photograph 38).** In some instances, the diagonally-split shingle tabs were present in an overall diagonal pattern across a roof slope. NV5 concluded that this condition was caused by installation-related deficiencies, material deficiencies, age-related

deterioration, material handling, foot traffic, and/or volume changes from temperature/humidity cycles.

- Unadhered shingles: The adhesion of shingle tabs was checked at randomly-selected locations on the roof surfaces by attempting to lift the shingles by hand **(Photographs 39 and 40)**. Unadhered shingle tabs were present on each roof surface assessed by NV5. These unadhered shingle tabs were able to be lifted to a sufficient height to expose the underlying fasteners and sealant strips; NV5 considered these shingle tabs to be sufficiently pliable to allow for individual replacement of field shingles. The unadhered condition of these shingles was caused by installation-related deficiencies, volume changes from thermal expansion/contraction, and/or age-related deterioration of the sealant strips. NV5 observed shingle fasteners positioned within/upslope of the sealant strips underneath these shingle tabs.

## 2. Description of the Structures

Refer to **Figure A1** for a diagram of the subject apartment complex (with building numbers) provided to NV5 by JS Held. Additional aerial photographs captured during NV5's site visit are included as **Figures A2 and A3**. Buildings 1 through 33 were two-story multi-family apartment buildings with basements. These apartment buildings consisted of frame construction and were finished on the outside with brick veneer. The roofs of these apartment buildings consisted of frame construction and were covered with asphalt shingles. A one-story masonry structure ("Clubhouse") was located near the west end of the apartment complex. The roof of the Clubhouse consisted of frame construction and was covered with asphalt shingles. NV5's review of property records from St. Louis County and building permit records from *Buildfax.com* indicated that the apartment complex was constructed in 1964/1965. According to St. Louis County property records, the subject property most recently transferred ownership on May 30, 2008.

## 3. Background

As understood by NV5, the property owner was represented by a public adjuster. The public adjuster was not present during NV5's site visit; NV5 was given permission to perform the site assessment in their absence. A list of background questions pertaining to the subject property and the reported storm was submitted to Engle Martin via email on April 18, 2025, with the intention of being forwarded onto the public adjuster. NV5 did not receive a response to these background questions at the time this document was issued.

## 4. Site Observations

NV5 staff walked around the exterior and on the roof surfaces of each building. Photographs taken by NV5 will be retained in our project file. See **Figures B1 through B34** for aerial imagery captured by NV5 staff on April 10-11, 2025, with approximate locations of selected NV5 observations.

Assessments of the interior or attic spaces of these buildings were excluded from NV5's scope of work.

# 5. Information Reviewed

As part of NV5's assessment of the subject property, NV5 reviewed the following information:

*Historical imagery search*

- NV5 reviewed aerial imagery available online from Google Earth.
  - No tarpaulins were visible on roof surfaces in imagery dated March 6, 2025.
  - Imagery dated August 29, 2023, provided a relatively clearer image resolution in comparison to the imagery dated March 6, 2025. This imagery depicted different-colored apparent replacement shingles on the roof surfaces; this condition was generally similar to that present during NV5's site visits. The imagery dated August 29, 2023, also depicted rectilinear-shaped regions of dark-colored roof surfaces. Some of these regions coincided either with locations of torn/missing shingle tabs observed during NV5's site visits or with other locations of different-colored apparent replacement shingles.
- NV5 reviewed aerial imagery available online from the Saint Louis County GIS website (https://data-stlcogis.opendata.arcgis.com/).
  - The 33 apartment buildings and the Clubhouse were visible in imagery taken in 1970. The roof surfaces of Buildings 32 and 33 were dark-colored. The roof surfaces on the remaining apartment buildings were of a lighter color.
  - The different coloration of the roofs of Buildings 32 and 33 was depicted in imagery as recent as 1995. Subsequent imagery taken in 2000 depicted relatively uniform coloration of the apartment building roof surfaces.
  - Some of the apartment building roofs had dark-colored areas of apparent missing shingles in imagery dated as far back as 2014. These dark-colored roof surfaces were replaced with areas of different-colored apparent replacement shingles in subsequent-dated imagery.
- NV5 reviewed Google Street View imagery of the subject property dated April 2022. Our review of this imagery indicated the following:
  - Some of the gutters were deformed and/or sagged from the fascia boards. Some of the deformed/sagged gutters were near locations of apparent repairs to the roof covering, fascia, and/or gutters observed during NV5's site visit.
  - Some of the basement window well shrouds were fractured/displaced. This condition was similar to that present during NV5's site visit.
  - Cracks were visible in portions of the brick veneer.

- Indented decorative shutters depicted in this imagery generally coincided with locations of indented shutters observed by NV5.
- Part of the metal cap flashing was missing from the roof of Building 21. This condition was not present at the time of NV5's site visit.
- A column was displaced/missing from the exterior of Building 19. No missing columns were noted on this building during NV5's site visit.
- Some of the soffit panels were displaced. These displaced soffit panels did not coincide with the displaced soffit panels observed during NV5's site visit.

*Historical permit search*

- NV5 reviewed public permit records available from the online database (*BuildFax.com*) and provided by the local permitting jurisdiction (Saint Louis County). NV5 performed searches for the parcel addresses listed on the Saint Louis County GIS website (3202, 3205, and 3209 Cross Keys Drive, Florissant, MO). No permits related to roof covering replacements were identified by *BuildFax.com.*

*Historical weather information*

- Storm reports were reviewed from the National Oceanic and Atmospheric Administration (NOAA), National Weather Service, Storm Prediction Center (SPC) for the period of March 12, 2025 through March 16, 2025 (http://www.spc.noaa.gov/climo/reports/). This database typically reports hailstone activity of 3/4-inch diameter and larger and windstorm activity of 50 knots or faster. The following was noted within 10 miles of the subject property:
  - On March 14, 2025, several wind events were reported at locations as near as approximately 0.9 miles from the subject property. These wind reports described fallen trees and damage to buildings. Wind reports within 10 miles of the subject property did not have windspeed data.
  - A tornado report was made at a location approximately 7.3 miles southwest of the subject property on March 14, 2025. The EF scale of this tornado was unknown.
  - No storm events with hail were reported during the researched time period.
- NV5 reviewed a webpage titled *"March 14, 2025 Tornado Outbreak"* accessed from the National Weather Service website (https://www.weather.gov/lsx/3_14_25). This webpage discussed the storm events reported in the area on/around March 14, 2025.
  - The "Clarkson Valley/Alton" tornado occurred during this storm event on March 14, 2025, between 9:16 PM and 9:53 PM CDT. This tornado had an EF-2 rating with estimated peak winds of 122 miles per hour. The tornado path length was 30.9 miles with a maximum width of 1,320 yards. A screenshot of the tornado track map near the subject property is included as **Figure A4.** The tornado path did not pass through the subject property.

- NV5 reviewed the NOAA Damage Assessment Toolkit website pertaining to the referenced March 14, 2025 tornado event (https://apps.dat.noaa.gov/stormdamage/damageviewer/). A screenshot of the tornado track map near the subject property is included as **Figure A5**. Our review of this website indicated the following:
  - A "damage line" for a tornado was located to the west of the subject property. This tornado had an EF-scale of 2 (EF-2), a width of 1,320 yards, and a path length of 30.88 miles. Using the integrated Measurement tool, NV5 measured an approximate straight-line distance of 1,090 yards between Building 1 (located near the west end of the subject property) and the tornado damage line.
  - Damage points located along the path of the tornado as it passed near the subject property described property damage that corresponded with an EF-scale of 0 (EF-0). The wind speeds at these damage points were between 79 to 85 miles per hour.
  - The comments field for the referenced tornado stated the following: "A long track tornado began at approximately 9:16 PM just north of Marquette High School in Chesterfield, MO, and continued northeast through the communities of Maryland Heights, Bridgeton, Hazelwood, Florissant, Old Jamestown, West Alton, and Alton, IL before dissipating near the intersection of Illinois 3 and Highway 67 at around 9:53 PM. The tornado caused widepsread damage along its path, which grew to nearly 3/4 of a mile wide by the time it reached Old Jamestown and West Alton. The most significant damage occurred to homes in Bridgeton (122 mph) and West Alton (120 mph), and this prompted a rating of EF-2."
- NV5 reviewed historic weather data from Weather Underground for the period of March 12, 2025 through March 16, 2025 (https://wunderground.com). The following was reported at the St. Louis Lambert International Airport (KSTL) weather station, located approximately 5.8 miles southwest of the subject property:
  - On March 12, 2025, maximum wind speeds were 13 miles per hour from the south-southeast with no wind gusts.
  - On March 13, 2025, maximum wind speeds were 15 miles per hour from the south-southeast with gusts up to 23 miles per hour.
  - On March 14, 2025, maximum wind speeds were 44 miles per hour from the south-southwest with gusts up to 66 miles per hour.
  - On March 15, 2025, maximum wind speeds were 23 miles per hour from the south-southwest with gusts up to 38 miles per hour.
  - On March 16, 2025, maximum wind speeds were 22 miles per hour from the west-northwest with gusts up to 33 miles per hour.

Although NV5 has reviewed the previously referenced information acquired by others and relied on their content, NV5 does not guarantee the accuracy of the referenced information.

# 6. Limits of Study

This document was prepared for the exclusive use of **Engle Martin** and was not intended for any other purpose. The observations and conclusions contained herein are based upon information provided to us at the time of this document's preparation. The evaluation performed on the above date was a visual assessment. Areas hidden from view such as ceiling, wall, and roof/floor cavities or other inaccessible areas were not examined. Please note that NV5 reserves the right to revise the document above as conditions change or additional information becomes available. This document was prepared for our client's use and NV5 disavows any liability for use by others.

NV5 appreciates this opportunity to have assisted you with this assessment. Please contact us if you have any questions or need additional information.

Sincerely,

NV5

Missouri Engineering Business No.: 001538

This bound volume, which was electronically signed by Patrick S. Phillips, PE on the date adjacent to the seal, comprises 85 pages in total.




May 21, 2025

Patrick S. Phillips, PE
Senior Professional Engineer
Missouri PE License No.: 2024016278

PSP/llt/1

Project review performed by Thomas Smith.

| | | |
|---|---|---|
| Encl. | **Attachment A** | **Aerial Images and Screenshots** |
| | Figure A1 | Site Map Provided by JS Held |
| | Figures A2 – A3 | NV5 aerial images |
| | Figures A4 – A5 | Screenshots from NWS/NOAA websites |
| | **Attachment B** | **NV5 Building Diagrams** |
| | Figures B1 – B34 | Building Diagrams (Figures B1 – B34) |
| | **Attachment C** | **NV5 Site Photographs** |
| | **Attachment D** | **Engineering Theory** |

1210125-0001066.00-Brown-1 Cross Keys Apartments Assessment | Attachment A

# Aerial Images and Screenshots

**Attachment A – Aerial Images and Screenshots**




Figure A1 – Site map provided to NV5 by JS Held with building numbers shown in white. Note that the Clubhouse was located further west of the satellite imagery shown. Blue circles indicated buildings where roof test squares had been made by JS Held.



Figure A2 – Aerial image of the subject property (facing east) taken by an NV5 unmanned aerial vehicle on April 11, 2025.




Figure A3 – Aerial image of the subject property (facing east) taken by an NV5 unmanned aerial vehicle on April 11, 2025. Building labels have been superimposed in red.




Figure A4 – Track map of the Clarkson Valley/Alton tornado obtained from a National Weather Service website. The approximate west edge of the subject property is shown with a red arrow.




Figure A5 – Track map of the Clarkson Valley/Alton tornado obtained from the National Weather Service Damage Assessment Toolkit website. The approximate location of the subject property is within the red outline.

NV5

1210125-0001066.00-Brown-1 Cross Keys Apartments Assessment | Attachment B

# NV5 Building Diagrams

# Figure B1 - Building 1 I



# Figure B2 - Building 2 I




W (x2)
W
W

# Figure B4 - Building 4 I




I/M (PS)
PR



# Figure B7 - Building 7 D



# Figure B8 - Building 8



# Figure B9 - Building 9



# Figure B10 - Building 1



# Figure B11 - Building 1




M (PS)
W
W
W
W
W


W (x2)
W (x2)


M (PS)
M
M
M

# Figure B15 - Building 1



# Figure B16 - Building 1







# Figure B19 - Building 1



# Figure B20 - Building 2



# Figure B21 - Building 2



# Figure B22 - Building 2



# Figure B23 - Building 2



# Figure B24 - Building 2



# Figure B25 - Building 2



# Figure B26 - Building 2



# Figure B27 - Building 2



# Figure B28 - Building 2



# Figure B29 - Building 2



# Figure B30 - Building 3



# Figure B31 - Building 3



# Figure B32 - Building 3



# Figure B33 - Building 3



# Figure B34 - Clubhous



1210125-0001066.00-Brown-1 Cross Keys Apartments Assessment | Attachment C

# NV5 Site Photographs



1 – View of horizontally creased shingle tabs (Building 1).



2 – View of horizontally torn and missing shingle tabs (Building 16).



3 – View of horizontally torn and missing shingle tabs. Some of the field shingle sheets were displaced from the roof surface (Building 33).



4 – View of a torn ridge cap shingle (Building 21).



5 – View of a displaced gutter (Building 32).



6 – View of displaced soffit panels (Building 17).



7 – View of displaced drip edge (Building 25).



8 – View of a missing column along the south elevation of Building 20 (red arrows). Note the nearby displaced decorative shutter (yellow arrow).



9 – A displaced column was on the ground to the south of Building 20. Discolored wood with section-loss deterioration were present at one end of this displaced column.



10 – No randomly distributed circular/elliptical indentations or spatter marks were in/on the metal column trim (Building 5).



11 – No randomly distributed circular/elliptical indentations or spatter marks were in/on the metal downspouts (Building 14).



12 – View of a torn window screen (Building 1).



13 – View of an indented window screen frame (Building 3).



14 – View of an indented decorative window shutter (Building 3).



15 – View of a fractured basement windowpane (Building 15).




16 – View of a chipped downstairs windowpane (Building 17).



17 – View of a fractured/punctured upstairs windowpane (Building 17).



18 – View of indentations in the south elevation fascia trim (Building 1).



19 – View of an indented downspout (Building 22).




20 – View of an indented downspout (Building 22).



21 – View of indented/warped column trim (Building 6).



22 – View of indented/warped column trim with deteriorated wood framing (Building 3).



23 – View of peeled/wrinkled spandrel glass paint (Building 2).



24 – View of flattened/indented coil fins in a window-mounted air conditioning unit on the north elevation of Building 2.



25 – View of a fractured exhaust vent shroud on the north elevation of Building 3.



26 – View of displaced vanes for the gable end wall vent on the north elevation of Building 4.



27 – View of spalled brick veneer (Building 31).



28 – View of cracked brick veneer (Building 22).



29 – View of wood fascia with section-loss deterioration (Clubhouse).


30 – View of roof sheathing/framing with section-loss deterioration (Building 17).



31 – View of indentations in the metal cap flashing (Building 2).



32 – View of indentations in the metal cap flashing (Building 4).



33 – View of indentations in a metal vent cover (Building 10).



34 – View of indentations in a metal vent cover (Building 32).




35 – View of indentations in a metal plumbing vent pipe flashing boot (Building 23).



36 – View of a diagonally torn shingle tab (arrow) (Building 18).



37 – View of a diagonally torn shingle tab with jagged edges (arrow) (Building 6).



38 – View of diagonally-oriented splits in shingle tabs (Building 14).



39 – View of an unadhered shingle tab (Building 22).



40 – View of an unadhered shingle tab (Clubhouse).

1210125-0001066.00-Brown-1 Cross Keys Apartments Assessment | Attachment D

# Engineering Theory

*Tornado damage*

- Typically, when wind damage occurs to a structure, collateral indicators of wind will exist on and around the structure in the form of damages to non-structural components. These collateral indicators can include fences, satellite dishes, gutter system components, shutters, and other susceptible components. With increasing wind speeds, the likelihood of fallen trees and debris impacts increases. Debris impacts can be identified by scuffs, scrapes, and abrasions on the exterior of a structure and/or fractured windows and torn screens.
- Another primary effect of wind is the internal pressurization of a structure. When the building envelope is breached by broken windows, failed garage doors, and/or failed windows the pressure acting on the building increases. The path of damage from the internal pressurization is dependent on internal openings or breaches to allow the pressurization to continue to other portions of the structure.
- The National Weather Service uses the Enhanced Fujita Scale or EF Scale to assign a rating for a tornado based on the estimated wind speeds from related damage. The scale uses 28 damage indicators, and each indicator has a list of components and expected degrees of damage based on wind speeds.

| EF SCALE | |
|---|---|
| **EF Rating** | **3 Second Gust (mph)** |
| 0 | 65-85 |
| 1 | 86-110 |
| 2 | 111-135 |
| 3 | 136-165 |
| 4 | 166-200 |
| 5 | Over 200 |

*Hail*

- Granule loss is normal to the life of a shingle. Granule loss begins during the manufacturing and packaging, and subsequent delivery and installation of shingles, and continues as part of the weathering process. The anticipated weathering process includes granule loss as a result of normal expansion and contraction of the shingle components from changes in temperature, weather events, foot traffic, and manufacturing defects.
- Hail damage to a sloped roof covered with shingles is characterized by relatively shallow-sloped indented areas within the shingle surface which can be soft to the touch. The hail impact will typically embed portions of the mineral surface granules into the underlying asphalt and will displace portions of the granules. If the hail impact is severe enough, a puncture or tear can occur that is visible through the depth of the shingle mat, asphalt, and mineral surface granule layers of the shingle.
- Hail of sufficient size to damage asphalt composition shingles will typically affect metal roof components and nearby metal objects, such as roof vents, the housings of air conditioning compressors, gutters, downspouts, and screen enclosures. Hail damage to metal objects will frequently appear as multiple pitted areas in the metal surfaces as a result of the hail impacts. The existence of dents in these metal objects does not necessarily mean that shingles on the

roof were damaged by hail since these metal objects are more malleable than asphalt composition shingles.

- During an evaluation of a shingle roof covering for potential hail damage, manufacturing defects are sometimes mistaken as hail damage. Manufacturing defects can arise in the form of blisters. Blister damage to shingles is caused by the gases that expand and migrate upward from the asphalt layer of the shingle to the top surface, resulting in small bubbles that eventually rupture to form relatively steep-sloped, pitted areas that extend from the exposed surface to the shingle mat. Blister damage to shingles is typically associated with poor ventilation of the roof assembly, heat, aging of the shingles, and/or poor shingle quality.
- Other manufacturing defects can also be exhibited as spot defects that are the result of deficiencies in the uniformity of the asphalt mix, which causes an isolated location of granule loss, improper compaction of granules in the asphalt mat, or a sticky spot on a roller that peels away the granules that are meant to be pressed into the asphalt mat.
- The article "Hail: Sizing It Up!", by Vickie Crenshaw and Jim D. Koontz, provides guidance on using collateral indicators to estimate the size of the hail that impacted a property. Many things must be considered such as the thickness of metals, identifying areas that were shielded from hailfall by trees or other obstructions, and the angle of wind-driven hail. Hail impacts produce larger dents in unsupported metals than in supported metals. Hailstone size predictions on the collateral elements are estimated by the review of laboratory tests. Generally, dents in light-gauge metals, such as furnace vent caps, can be three times larger than the actual hailstone. Dents in heavier gauge metals can be as small as half the size of the impacting hailstone.
- Clean spots (splash marks, splatter marks, spatter marks), are off-color spots on weathered surfaces that can indicate a hail impact but not necessarily hail damage. They can be useful in determining the time period of a given storm, especially when combined with weather research data. When the hail impacts the surface, it cleans away the dirt, oxidation, algae, or other weathering to reveal the underlying surface. The spots typically return to their prior weathered state within 6 to 24 months.
- Clean spots are often a predictable size smaller than the impacting hailstone.

*Wind*

- Wind pressure on a structure is not a uniform pressure. Wind pressure will increase as the path of wind encounters discontinuities in a structure. Discontinuities include hips, ridges, corners, valleys, and edges of the roof as well as corners in the wall surfaces. The areas of a structure that experience an increase in wind pressure as a result of the referenced discontinuities will typically exhibit wind-related damage before the remaining areas of a structure that are subjected to lower wind pressures.
- Wind damage to the roof assembly of a structure will typically include damage to the shingle roof covering within the areas of increased wind pressure. Wind damage to the shingle roof covering will include displaced, missing, torn, or creased shingles. If caused by wind, creases in field shingles are generally in the upper portion of the exposed part of a shingle; creases in ridge cap or hip cap shingles are generally diagonal relative to the bottom edge of the cap shingle.
- Unadhered asphalt roof shingles within the field of the roof covering are typically associated with installation deficiencies and/or age-related deterioration. Installation deficiencies typically

include improper fastener placement, the insufficient original application of the referenced adhesive strip during manufacturing, debris within the sealant strip that prevents full contact and adhesion, over-driven fasteners, angle-driven fasteners, under-driven fasteners, and a lack of fasteners. Unadhered asphalt shingles can also occur through cyclical expansion and contraction of the shingles, resulting in a de-bonding of the overlying shingle. Age-related deterioration of the sealant strip can also result in a lack of bond between the shingles.

August 29, 2025 Reference No. 1210125-0001066.00

Mr. Andrew Brown, Executive General Adjuster
Engle Martin - Specialty Loss Group
5565 Glenridge Connector, Suite 900
Atlanta, Georgia 30342

**Re: Exterior Elevation Finishes and Roof Covering Assessment - Supplemental**
**The InterGroup Corporation Property (Cross Keys Apartments)**
**3209 Cross Keys Drive**
**Florissant, Missouri 63033**
**Claim Numbers: CVXNAMGU240019 (Convex US – TPA Hausch & Co.)**
**4249749 (Insurisk)**

Dear Mr. Brown:

As you are aware, **NV5 Consultants, Inc. (NV5)** conducted a visual, non-destructive assessment of the 34 buildings at the above-referenced address. The site visit for this assessment was performed on April 10-11, 2025, by NV5 staff (Mr. Patrick S. Phillips, PE, and Mr. Masoud Pourbaba, PhD) in the presence of Engle Martin's third-party building consultants, Mr. Trevor Cruce and Mr. Nomikos Duvlaris of JS Held. The purpose of this assessment was to determine the cause and extent of the reported damage to the roof coverings and exterior elevations with consideration of a storm that reportedly occurred on/around March 15, 2025 ("the reported storm") and to provide a conceptual repair protocol for hail/wind-related damage. A summary of NV5's findings and conclusions was issued on May 21, 2025, as NV5 reference number 1210125-0001066.00 ("the original NV5 report"). An addendum report was issued on June 5, 2025, as the NV5 reference number 1210125-0001066.00 ("the NV5 addendum") to provide additional clarification for conceptual repair recommendations with regard to Building 7.

On August 19, 2025, Engle Martin provided NV5 with a 28-page document (*Photos showing Hail damage – Sample of Photos of Cross Key Apartments.pdf*). This document contained captioned photographs that were taken at the subject property by Mr. Gary Johnson on July 14, 2025. NV5's commentary on these provided photographs was issued in an email message to Mr. Andy Brown of Engle Martin on August 22, 2025; the conclusions from the original NV5 report and the NV5 addendum remained unchanged.

At your request, NV5 reviewed a provided 79-page document (*ROOFS—Photo Report.pdf*). This document contained captioned photographs taken at the subject property by Mr. Gary Johnson on July 14, 2025 and on August 22, 2025. NV5's review of this provided document indicated the following:

- The conditions depicted in the referenced photographs were similar to those present during NV5's site visits.
- The conclusions from the original NV5 report and the NV5 addendum remain unchanged.

This document was prepared for the exclusive use of **Engle Martin** and was not intended for any other purpose. The observations and conclusions contained herein are based upon information provided to us at the time of this document's preparation. The evaluation performed on the above dates was a visual assessment. Areas hidden from view such as ceiling, wall, and roof/floor cavities or other inaccessible areas were not examined. Please note that NV5 reserves the right to revise the document above as conditions change or additional information becomes available. This document was prepared for our client's use and NV5 disavows any liability for use by others.

NV5 appreciates this opportunity to have assisted you with this assessment. Please contact us if you have any questions or need additional information.

Sincerely,

NV5

Missouri Engineering Business No.: 001538

STATE OF MISSOURI
PATRICK S.
PHILLIPS
NUMBER
PE-2024016278
PROFESSIONAL ENGINEER

This bound volume, which was electronically signed by Patrick S. Phillips, PE on the date adjacent to the seal, comprises 2 pages in total.

August 29, 2025

Patrick S. Phillips, PE
Senior Professional Engineer
Missouri PE License No.: 2024016278

PSP/pdm/3

Project review performed by Thomas Smith.