**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **INTERGROUP CORPORATION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CONVEX INSURANCE UK LIMITED and PALMS INSURANCE COMPANY, LTD,**<br><br>**Defendant.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No. 4:26-cv-1257-HEA** |

**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL APPRAISAL**

On this date came on to be heard Defendants Convex Insurance UK Limited and Palms Insurance Company Ltd. ("Defendants") Response in Opposition to Plaintiff Intergroup Corporation's ("Plaintiff") Motion to Compel Appraisal (the "Motion").

After reviewing the Plaintiff's Motion and Defendant's Response and all other responses, replies, and arguments and other evidence on file, if any, of the parties, the Court is of the opinion that Plaintiff's Motion to Compel Appraisal, lacks merit and should be in all things DENIED. It is therefore ORDERED that Plaintiff's  is DENIED in its entirety.

All other relief not expressly granted herein is denied.

SIGNED on this ____ day of _________________, 2026.

_________________________________
JUDGE PRESIDING